■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK J. HEINIG, Appellant. (Appeal No. 2.) [801 NYS2d 200]— Appeal from a judgment of the Herkimer County Court (Patrick L. Kirk, J.), rendered September 30, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Heinig* (21 AD3d 1297 [2005]). Present—Green, J.P., Scudder, Kehoe, Smith and Lawton, JJ.